United States District Court

For the Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 2 7 2026

NATHAN OCHSNER
CLERK OF COURT

Joseph Alexander

        Plaintiff

    v.

Dawn Hill- Kearse, Sergio Jimenez

        Defendant

Case No. **B-26-075**

Jury Trial demanded

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process,

2. The basis for this court's jurisdiction is federal law.

## RELIEF

Plaintiff demands compensation of $500,000.

## CERTIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/10/2026

Case 1:26-cv-00075   Document 1   Filed 01/27/26 in TXSD   Page 2 of 2

Joseph Alexander

60 1st Ave

Seattle, WA 98102

NEW YORK NY 100

17 JAN 2026 PM 6 L

UNITED STATES
OF AMERICA
FOREVER USA

US District Court Clerk's Office

600 E. Harrison St.

Brownsville, TX 78520

MAIL
**United** States District Court
**Southern** District of Texas

JAN 2 6 2026

RECEIVED
*Nathan Ochsner, Clerk of Court*

78520-727326