United States District Court
Southern District of Texas

**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-075 |
| | § | |
| DAWN HILL-KEARSE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Joseph Alexander filed a Complaint for a Civil Case (Doc. 1) against Defendants Dawn Hill-Kearse and Sergio Jimenez.  Alexander pled that "Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process," but did not allege any facts or indicate how the Court possesses subject matter jurisdiction over the case. (*Id.*)

On April 10, 2026, a United States Magistrate Judge recommended that the Court dismiss Alexander's Complaint without prejudice for failure to state a claim upon which relief can be granted.[1] (R&R, Doc. 13)  No party objected to the Report and Recommendation and the deadline for doing so expired on April 24.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 13).  It is:

---

[1] The same day, the Clerk's Office mailed a copy of the Report and Recommendation to Alexander at the return address that he included in his Complaint. (*See* Doc. No. 14)  The document was returned as undeliverable. (*See* Return, Doc. 16)  Mailing of documents to the address that a litigant provides satisfies the notice requirement for a Report and Recommendation. *See Lewis v. Hardy*, 248 F. App'x 589, 593 n.1 (5th Cir. 2007) (unpubl.) (noting that when the clerk's office mails a report and recommendation to the plaintiff's last known address and it is returned as undeliverable, the plaintiff "is solely responsible for not receiving" the mailing).

**ORDERED** that Plaintiff Joseph Alexander's Complaint for a Civil Case (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on April 28, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge